1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>        Plaintiff,<br><br>v.<br><br><br>130 W LINCOLN AVE CO. LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.:  8:20-cv-02337-CJC-KES<br><br>Proposed Judgment Re: Default Judgment |

Proposed JUDGMENT

Upon review of the court files, the application for default judgment, the declarations submitted in support of default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff JAMES RUTHERFORD shall have JUDGMENT in his favor against Defendant 130 W LINCOLN AVE CO. LLC, a Delaware limited liability company, ("Defendant") for Defendant's violation of the ADA, 42 U.S.C. § 12181, et. seq., as follows:

(1) Injunctive relief enjoining Defendant from further violations of the ADA, 42 U.S.C. § 12181, et. seq., and mandating that Defendant provide an ADA compliant premises located at 130 W Lincoln Ave., Anaheim, CA 92805 that is readily achievable.

(2) Attorneys' fees and costs in the amount of $4,575.00.

DATED:

_____
Hon. Cormac J. Carney
**United States District Judge**