**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |
|---|---|
| JAMES RUTHERFORD,<br><br>      Plaintiff,<br><br>  v.<br><br>130 W LINCOLN AVE CO. LLC, and DOES 1 through 10,<br><br>      Defendants. | Case No.: SACV 20-02337-CJC(KESx)<br><br>JUDGMENT |

//
//
//
//

This matter came before the Court on Plaintiff's motion for default judgment. On March 18, 2021, the Court granted Plaintiff's motion. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff for (1) injunctive relief requiring Defendant to create ADA-compliant paths of travel and (2) attorneys' fees and costs of $1,444.00.

DATED:   March 18, 2021

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

CC:  FISCAL